Filing # 98011106 E-Filed 10/29/2019 09:42:25 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY IN THE STATE OF FLORIDA
CIVIL ACTION

ANDREW ROWDEN, as parent and guardian
of A███████ R██████, a minor,

    Plaintiffs,

vs.

CASE NUMBER: 19-007169-CI

TARGET CORPORATION,

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, ANDREW ROWDEN as parent and guardian of A██████ R██████, a minor, by and through the undersigned attorney, and sues the Defendant, TARGET CORPORATION, and alleges:

### COMMON ALLEGATIONS

1. This is an action for damages, which exceed FIFTEEN THOUSAND DOLLARS ($15,000.00).

2. At all times relevant hereto, the Plaintiff, Plaintiff, ANDREW ROWDEN, as parent and guardian of A██████ R██████ a minor, was a resident of Palm Harbor, Pinellas County, Florida.

3. At all times relevant hereto, Defendant, TARGET CORPORATION, was a Foreign Profit Corporation, engaging in substantial and not isolated activities within the State of Florida; and purposely availing itself of the privileges of the State of Florida through its ownership of, management of, and/or operation of business/retail store premises throughout the State of Florida, including but not limited to a business/retail outlet with premises located at 900

East Lake Road, Palm Harbor, FL 34685-4230, in Pinellas County, Florida. Accordingly, and pursuant to Florida Statute §48.193(2), Defendant, TARGET CORPORATION is subject to the jurisdiction of the courts of the State of Florida

4.      At all times relevant hereto, all actions or occurrences relevant to this lawsuit occurred in Pinellas County, Florida.

## COUNT I - NEGLIGENCE

4.      The Plaintiff, ANDREW ROWDEN, as parent and guardian of A‌ R‌, a minor, reincorporates and realleges all of the allegations set forth in paragraphs one (1) through four (4) above as though fully set forth herein.

5.      On or about January 7, 2019, the Plaintiff, ANDREW ROWDEN and his daughter, A‌ R‌, were guests and invited patrons at Defendant, TARGET CORPORATION's business/retail outlet, known colloquially and hereinafter as the "Boot Ranch Target," located at 900 East Lake Road, Palm Harbor, FL 34685-4230, in Pinellas County, Florida.

6.      This business/retail outlet, like many of the retail/outlets across the country owned and operated by the Defendant, TARGET CORPORATION, incorporates a unique design feature into its outer landscape; namely four large concrete bollards, spherically shaped and painted bright red (hereinafter the "red balls"), lined up along the sidewalk area between the curb and the front doors.

7.      These large red balls are an attractive nuisance, as it is documented that children can be attracted to play on and around them by virtue of their benign shape and bright red color, resulting in an outward appearance not dissimilar to playground equipment. In fact, the Defendant, TARGET CORPORATION, has been known to capitalize on this innate attractiveness, once via a promotion for "Pokémon," a media/gaming/toy franchise marketed to

children in which the balls outside many stores were repainted to resemble "Poké Balls."[1] On another occasion, the Defendant wrapped the balls with multicolored fabric to resemble beach balls as part of a "Make Summer Funner [sic]" promotion, but were forced to remove the coverings over safety concerns after reports of incidents in which children attempted to kick or bounce the colorful, concrete balls.[2]

8. On or about January 7, 2019, when the Plaintiff, ANDREW ROWDEN and his daughter, A█████ R█████, walked through the parking lot towards the front entrance of the Boot Ranch Target, A█████ noticed the red balls in front of the store, and attempted to climb onto one of them.

9. Unfortunately, the ball which A█████ R█████ attempted to climb upon was unexpectedly slippery, and she fell forward off of the ball, landing on her outstretched left arm, causing two fractures in her left forearm requiring immediate surgery and the implantation of metal plates and screws to reset the bones.

10. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, knew or should have known that these oversized red concrete balls presented an attractive nuisance to children.

11. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, knew or should have known that children are unable to appreciate the risk presented by Defendant's attractive nuisance.

12. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, intentionally designed the outer landscape of the Boot Ranch Target to incorporate what it knew or should have known was an attractive nuisance which presented a risk to

---

[1] *See* https://www.buzzfeed.com/mikespohr/giant-poke-balls-are-popping-up-in-front-of-target-stores
[2] *See* http://www.startribune.com/oops-don-t-target-that-beach-ball/123262873/

children.

13. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, permitted this open and obvious attractive nuisance to exist on the sidewalk outside the Boot Ranch Target, despite the knowledge that the red balls, as an attractive nuisance, presented a danger to children.

14. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, failed to post a warning of the existence of the danger posed by the attractive nuisance in front of its store, conspicuously displayed to forewarn children and/or their parents those lawfully on the premises about this unsafe condition.

15. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, failed to effectively inspect and maintain its premises for dangerous and unsafe conditions by checking for slippery surfaces, including the monitoring, maintaining and cleaning the surface of the attractive nuisance outside its store.

16. The Defendant, TARGET CORPORATION, by and through its agents and/or employees, failed to exercise reasonable care in allowing the danger presented by this attractive nuisance to exist, and to prevent the aforementioned occurrence and injuries sustained by Annabelle Rowland.

17. As a result of this negligent failure to exercise reasonable care in the design, inspection, and maintenance of its premises, A_____ R_____ suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and A_____ R_____ will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, ANDREW ROWDEN as parent and guardian of A█████ R█████, a minor, hereby demands judgment, damages, and associated costs against Defendant, TARGET CORPORATION, and respectfully requests a trial by jury.

DATED this 29th day of October, 2019.

Georganna Frantzis, Esq.
Florida Bar No. 92744
Chris M. Limberopoulos, Esq.
Florida Bar No. 341126
THE FLORIDA LAW GROUP
17413 Bridge Hill Court
Tampa, FL 33647
Phone: (813) 463-8880
Fax: (813) 283-2943
attorney@floridalawgroup.org
service@floridalawgroup.org
Attorneys for Plaintiffs